UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EXEL INC.,
d/b/a DHL SUPPLY CHAIN,

      Plaintiff,

v.

XPEDIENT ANAGEMENT GROUP, LLC,
d/b/a XPEDIENT LOGISTICS, et al.,

      Defendants.

Case No. 2:17-cv-1076
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter came before the Court on December 18, 2017, for an all-day hearing on Plaintiffs' request for a temporary restraining order ("TRO"). At that hearing, the Court extended the existing TRO until the final hearing, which was scheduled for December 22, 2017. After the final TRO hearing, the Court from the bench **DENIED** Plaintiff's request for a TRO. An opinion on this decision will follow.

**IT IS SO ORDERED.**

12-22-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE