UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EXEL INC.,
d/b/a DHL SUPPLY CHAIN,

    Plaintiff,

v.

XPEDIENT ANAGEMENT GROUP, LLC,
d/b/a XPEDIENT LOGISTICS, et al.,

    Defendants.

Case No. 2:17-cv-1076
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## OPINION AND ORDER

This matter is before the Court on Plaintiff's Motion to Seal Hearing Transcripts and Plaintiff's TRO Hearing Exhibit 16. (ECF No. 27.) The Court has reviewed the requested redactions (ECF No. 27-1) and is inclined to **GRANT** Plaintiff's request. As the Court indicated at the TRO Hearing, it draws no legal conclusions related to the exhibit and testimony by its sealing. Accordingly, the Court Reporter is **DIRECTED** to redact the portions of the transcript the Court has approved, which can be found at docket number 27-1.

**IT IS SO ORDERED.**

1-19-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE